UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JENNIFER E. PICKNELLY,

                                Plaintiff,

      -v-                            1:17-CV-1279
                                       (DNH/DEP)


MR. DOMINIC DAGOSTINO; MR. GORDY
POLLARD; and ALL OTHERS INVOLVED IN
SAID CASE,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                         OF COUNSEL:

JENNIFER E. PICKNELLY
Plaintiff pro se
Last known address
Hampshire County Sheriff's Department
and House of Corrections
P.O. Box 7000
Northhampton, MA 01060

PARISI, COAN & SACCOCIO, PLLC       PATRICK J. SACCOCIO, ESQ.
Attorneys for Defendants             STEVEN V. DeBRACCIO, ESQ.
376 Broadway
Schenectady, NY 12305


DAVID N. HURD
United States District Judge


**DECISION and ORDER**

     Pro se plaintiff Jennifer E. Picknelly brought this civil rights action pursuant to 42

U.S.C. § 1983.  On March 9, 2018, the Honorable David E. Peebles, United States Magistrate

Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed in its

entirety for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  No objections to the Report-Recommendation were filed.  The Report-Recommendation mailed to plaintiff's last known address was returned as undeliverable.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED in its entirety for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated:  April 2, 2018
        Utica, New York.